UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cr-00005-TWP-DML |
| SAVIONE WEBBER<br>a/k/a SAVION WEBBER, | ) -02 |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 11, 2024, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 117). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: 12/16/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Colin Clark
United States Attorney's Office, Southern District of I
Colin.Clark@usdoj.gov

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Lindsay E. Karwoski
DOJ-USAO
lindsay.karwoski@usdoj.gov

Electronic notice to USPO

Electronic notice to USM-C